1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENNY JAVIER AGUIRRE, | ) | NO. CV 09-08337 SJO (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| | ) | |
| K. HARRINGTON, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that: (1) Petitioner's motion to voluntarily dismiss Ground Four (Docket No. 17) is GRANTED; (2) Ground Four is dismissed without prejudice; (3) Petitioner's motion to stay Ground Three is DENIED (Docket No. 20); (4) Ground Three is dismissed without prejudice; and (5) Respondent shall file an Answer to the remaining claims in the Petition within thirty days.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 6/30/10

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE