UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY JAVIER AGUIRRE,<br><br>    Petitioner,<br><br>  v.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | NO. CV 09-08337 SJO (SS)<br><br><br><br>**JUDGMENT** |

  Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  2/19/11

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE